No. 02–9371.  BISHOP *v.* CITY OF HENDERSON, NEVADA, ET AL. C. A. 9th Cir.  Certiorari denied.

No. 02–9379.  WILLIAMS *v.* VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 02–9382.  MONTOYA-LOPEZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–9389.  HILL *v.* COWAN, WARDEN.  Sup. Ct. Ill.  Certiorari denied.

No. 02–9395.  BAKER *v.* WELLS ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 02–9396.  BENTLEY *v.* DELAWARE DEPARTMENT OF FAMILY SERVICES ET AL.  Sup. Ct. Del.  Certiorari denied.

No. 02–9400.  RIVERA-OROZCO *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–9403.  PETERS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–9405.  SOTO-ORNELAS *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 02–9406.  RABAGO-VAZQUEZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–9409.  DIAZ *v.* ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 02–9416.  FREDERICK *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–9421.  CASTILLO *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–9422.  CURRY *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.